CHRISTIAN J. PETRONELLI, SBN 284522
christian@petronellilaw.com
MITCHEL D. VANDERPOOL, SBN 341146
mitch@petronellilaw.com
PETRONELLI LAW GROUP, PC
5826 E. Naples Plaza
Long Beach, California 90803
Telephone: (888) 855-3670
Facsimile: (888) 449-9675

Tiffany S. Woods CA Bar No. 257075
tiffany.woods@ogletree.com
Hailey A. Tull CA Bar No. 357358
hailey.tull@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY FURILLO,<br><br>    Plaintiff,<br><br>v.<br><br>MCLANE FOODSERVICE, INC.,<br><br>Defendants. | Case No. 5:24-CV-02327-JGB-SP<br><br>*[Removed from Riverside Superior Court Case No. CVRI2405414]*<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)]**<br><br>State Complaint: September 12, 2024<br>Trial Date: May 5, 2026<br>District Judge: Hon. Jesus G. Bernal |

Plaintiff ANTHONY FURILLO and Defendant MCLANE FOODSERVICE, INC. (hereafter "The Parties"), hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: September 5, 2025 | PETRONELLI LAW GROUP, PC |
| 4 | | /s/ *Mitchel Vanderpool* |
| | | Christian J. Petronelli |
| 5 | | Mitch Vanderpool |
| | | Attorneys for Plaintiff |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Dated: September 5, 2025 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 10 | | /s/ *Hailey A. Tull* |
| 11 | | Tiffany S. Woods |
| 12 | | Hailey A. Tull |
| | | Attorneys for Defendant |

2

JOINT STIP RE DISMISSAL
CASE NO. 5:24-CV-02327-JGB-SP

## **ATTESTATION REGARDING ELECTRONIC SIGNATURES**

I, Mitchel D. Vanderpool, attest that all other signatories to this document, on whose behalf this filing is submitted, concur with the filing's content and have authorized this filing. I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

                                 /s/ Mitchel D. Vanderpool
                                  Mitchel D. Vanderpool

# CERTIFICATE OF SERVICE

| Case Name: Anthony Furillo v. McLane Foodservice, Inc. | No: 5:24-CV-02327-JGB-SP |
|---|---|

I hereby certify that on **September 5, 2025**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## STIPULATION OF DISMISSAL [FRCP 41(A)]

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Tiffany S. Woods CA Bar No. 257075
tiffany.woods@ogletree.com
Hailey A. Tull CA Bar No. 357358
hailey.tull@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct and that this declaration was executed on **September 5, 2025**, at Long Beach, California.

| Mitchel D. Vanderpool, Esq. | /s/ Mitchel D. Vanderpool, Esq. |
|---|---|
| Declarant | Signature |