# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY FURILLO,

                Plaintiff,

     v.

MCLANE FOODSERVICE, INC.,

Defendants.

Case No. 5:24-CV-02327-JGB-SP

*[Removed from Riverside Superior Court Case No. CVRI2405414]*

**ORDER OF DISMISSAL**

State Complaint:  September 12, 2024
Trial Date: May 5, 2026
District Judge: Hon. Jesus G. Bernal

     Having considered the Parties' Joint Stipulation of Dismissal, and finding that good cause exists, the Court hereby **ORDERS** that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED:  September 10, 2025

By: _____

Jesus G. Bernal
District Judge of the
United States District Court

1